ORDERED UNSEALED on 07/11/2022   s/ AmyC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TROY TATUM EBERHART,<br><br>Defendant. | Case No.: '22 MJ2435<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Firearms<br>(7 COUNTS)<br><br>18 U.S.C. § 922(j) – Possession of Stolen Firearm (5 COUNTS)<br><br>18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun<br><br>26 U.S.C. § 5861(d) – Possession of Unregistered Firearm (4 COUNTS) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Remington Arms, 700, .308 Caliber Rifle, S/N: 141721, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 2

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Baikal, IJ-70, .380 caliber pistol, S/N: J044747, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 3

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Ruger, Blackhawk, .45 caliber revolver, S/N: 45-11201, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 4

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Springfield, 1911, .45 caliber, S/N: N175151, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 5

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Marlin, Model 1895, .45-70 caliber Rifle, S/N: 91806363, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 6

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Firearms Imports and Exports, D38, .38 caliber pistol, S/N: 011452, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 7

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Uberti USA, Model 1873, .45 caliber Rifle, S/N: CAT4722, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 8

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a Baikal, IJ-70, .380 caliber pistol, S/N: J044747, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 9

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a Ruger, Blackhawk, .45 caliber revolver, S/N: 45-11201, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 10

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a, that is a Springfield, 1911, .45 caliber, S/N: N175151, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 11

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a, that is a that is a Marlin, Model 1895, .45-70 caliber Rifle, S/N: 91806363, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 12

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a, that is a that is a Uberti USA, Model 1873, .45 caliber Rifle, S/N: CAT4722, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 13

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, did knowingly possessed a machinegun, that is, a 3d printed Glock conversion device, commonly known as a "Glock switch", which was attached to a privately manufactured firearm (PMF), also known as a "ghost gun", in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 14

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly received and possessed a firearm, a 5.56/.223 caliber Short Barreled Rifle (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun"), which is a rifle having a barrel of less than 16 inches, in violation of Title 26, United States Code, section 5861(d).

## COUNT 15

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly received and possessed a firearm, a 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches, in violation of Title 26, United States Code, section 5861(d).

## COUNT 16

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly received and possessed a firearm, a 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches, in violation of Title 26, United States Code, section 5861(d).

///

## COUNT 17

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly received and possessed a firearm, a 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches, in violation of Title 26, United States Code, section 5861(d).

The complainant further states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
Special Agent Cole Jones
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __1st__ day of July 2022.

_____
Hon. Allison H. Goddard
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about June 25, 2022, San Diego Sheriff's Department Deputies ("SDSO") were investigating a burglary at Ace Storage located at 9673 Winter Gardens Blvd. Unit #100C The victim of the burglary, Thomas Kennedy (DOB: 06-27-1964), informed deputies that his storage unit had been broken into. Mr. Kennedy informed deputies that there was a safe was missing from inside his storage unit and that the safe contained 19 firearms, ammunition, and $15,000 in United States. Mr. Kennedy identified the following five (5) firearms as five (5) of the nineteen (19) firearms that were inside his missing safe:

1. Baikal, IJ-70, .380 caliber pistol, S/N: J044747
2. Ruger, Blackhawk, .45 caliber revolver, S/N: 45-11201
3. Springfield, 1911, .45 caliber, S/N: N175151
4. Marlin, Model 1895, .45-70 caliber Rifle, S/N: 91806363
5. Uberti USA, Model 1873, .45 caliber Rifle, S/N: CAT4722

By the means of interviews and reviewing surveillance footage, SDSO deputies identified TROY TATUM EBERHART as the primary suspect of the burglary. SDSO deputies identified EBERHART to reside at 1857 El Cajon Lane, Ramona, CA 92065. On June 27, 2022, SDSO Deputies obtained a search warrant (2206271136-SDSD-SXS-SW-OR-1) for EBERHART's home address (1857 El Cajon Ln. Ramona, CA 92065), vehicles registered to him, including his GMC pick-up (CA/39378E3), and his person.

On June 27, 2022, SDSO Deputies observed EBERHART exit his residence, get in his GMC pick-up truck (CA/39378E3) and drive away from the residence. SDSO Deputies

conducted a traffic stop on EBERHART and searched EBERHART's truck which contained the following items:

1. Firearms Imports and Exports (F.I.E), D38, .38 caliber pistol, S/N: 011452- Located under the driver's seat.
2. A grey and black 9mm Glock style PMF, bearing no manufacturer markings or serial number, with a Glock machinegun conversion device (Commonly known as a "Glock Switch") affixed to the slide- Located in the center console.

On June 27, 2022, the SDSO Deputies executed the search warrant at EBERHART's residence (1857 El Cajon Ln. Ramona, CA 92065) which EBERHART shares with his wife and two (2) juvenile children. During the search of the residence, deputies recovered the following ten (10) firearms:

1. Remington Arms, 700, .308 Caliber Rifle, S/N: 141721
2. Baikal, IJ-70, .380 caliber pistol, S/N: J044747 (Stolen during the burglary)
3. Ruger, Blackhawk, .45 caliber revolver, S/N: 45-11201 (Stolen during the burglary)
4. Springfield, 1911, .45 caliber, S/N: N175151 (Stolen during the burglary)
5. Marlin, Model 1895, .45-70 caliber Rifle, S/N: 91806363 (Stolen during the burglary)
6. Uberti USA, Model 1873, .45 caliber Rifle, S/N: CAT4722 (Stolen during the burglary)
7. A black 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches in length.
8. A silver and black 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches in length.

9. A black 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches in length.

10. A tan and black 5.56/.223 caliber Short Barreled Rife (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun", which is a rifle having a barrel of less than 16 inches in length.

During the search of EBERHART's property, residence, and vehicles, deputies also located approximately 35 other firearms, approximately 500 plus rounds of assorted ammunition, miscellaneous firearms parts, tools commonly used to manufacture firearms, and approximately 45 grams (gross weight) of a substance that presumptively tested positive for methamphetamine.

Post *Miranda,* EBERHART admitted to knowing he is a felon and not allowed to be in possession of firearms as well as committing the burglary of Mr. Kennedy's storage unit. EBERHARDT also stated that although he hasn't tested it, he knew the attended purpose of the Glock switch on the slide of the PMF located in his truck was to turn the pistol into a machinegun.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/19/2008 | CASC- San Diego | 496(A) PC- Receive/ETC known stolen property (Felony) | 3 years probation |

| 09/16/2013 | Southern District of California | Possession with intent to distribute of marijuana of domestic origin (Felony) | 6 months prison and 36 months of supervised release |

The firearms alleged in counts 1-12 were inspected. Preliminary checks revealed the firearms alleged in counts 1-12 were not manufactured in California. Therefore, the firearms alleged in counts 1-12 traveled in, and/or affected interstate commerce to arrive in the state of California.

The Glock machinegun conversion device located on the 9mm Glock style PMF recovered from EBERHART's vehicle was inspected and it was preliminarily determined to fit the federal definition of a "machine gun".

A Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) National Firearms Registration Transfer Record (NFRTR) query indicated that EBERHART does not have any National Firearms Act (NFA) firearms registered to him.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.