UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TROY TATUM EBERHART,<br><br>        Defendant. | Case No. 22cr1797-LL<br>22mj2435<br><br><u>I N F O R M A T I O N</u><br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm;<br><br>18 U.S.C. § 922(j) – Possession of Stolen Firearm<br><br>18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun<br><br>26 U.S.C. § 5861(d) – Possession of Unregistered Firearm<br><br>Title 18, U.S.C., Sec. 924(d) and Title 28, U.S.C., Sec. 2461(c), Title 26, U.S.C., Sec. 5872 – Criminal Forfeiture |

The United States Attorney charges:

### COUNT 1

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did

8/7/22

knowingly possess in and affecting interstate commerce, a firearm, that is a Remington Arms, 700, .308 Caliber Rifle, S/N: 141721, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

**COUNT 2**

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Baikal, IJ-70, .380 caliber pistol, S/N: J044747, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

**COUNT 3**

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Ruger, Blackhawk, .45 caliber revolver, S/N: 45-11201, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

**COUNT 4**

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm,

that is a Springfield, 1911, .45 caliber, S/N: N175151, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

### COUNT 5

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Marlin, Model 1895, .45-70 caliber Rifle, S/N: 91806363, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

### COUNT 6

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Firearms Imports and Exports, D38, .38 caliber pistol, S/N: 011452, said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

### COUNT 7

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Uberti USA, Model 1873, .45 caliber Rifle, S/N: CAT4722,

said firearm having been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 8

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a Baikal, IJ-70, .380 caliber pistol, S/N: J044747, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 9

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a Ruger, Blackhawk, .45 caliber revolver, S/N: 45-11201, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 10

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a, that is a Springfield, 1911, .45 caliber, S/N: N175151, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 11

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a, that is a that is a Marlin, Model 1895, .45-70 caliber Rifle, S/N: 91806363, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 12

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly possessed a stolen firearm, that is a, that is a that is a Uberti USA, Model 1873, .45 caliber Rifle, S/N: CAT4722, which has been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 13

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, did knowingly possessed a machinegun, that is, a 3d printed Glock conversion device, commonly known as a "Glock switch", which was attached to a privately manufactured firearm (PMF), also know as a "ghost gun", in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 14

On or about June 27, 2022, within the Southern District of California, defendant TROY TATUM EBERHART, knowingly received and possessed a firearm, a 5.56/.223 caliber Short Barreled Rifle (SBR),

that did not contain a legitimate manufacturing mark or serial number
(also known as a "ghost gun"), which is a rifle having a barrel of
less than 16 inches, in violation of Title 26, United States Code,
section 5861(d).

**COUNT 15**

On or about June 27, 2022, within the Southern District of
California, defendant TROY TATUM EBERHART, knowingly received and
possessed a firearm, a 5.56/.223 caliber Short Barreled Rife (SBR),
that did not contain a legitimate manufacturing mark or serial number
(also known as a "ghost gun", which is a rifle having a barrel of less
than 16 inches, in violation of Title 26, United States Code, section
5861(d).

**COUNT 16**

On or about June 27, 2022, within the Southern District of
California, defendant TROY TATUM EBERHART, knowingly received and
possessed a firearm, a 5.56/.223 caliber Short Barreled Rife (SBR),
that did not contain a legitimate manufacturing mark or serial number
(also known as a "ghost gun", which is a rifle having a barrel of less
than 16 inches, in violation of Title 26, United States Code, section
5861(d).

**COUNT 17**

On or about June 27, 2022, within the Southern District of
California, defendant TROY TATUM EBERHART, knowingly received and
possessed a firearm, a 5.56/.223 caliber Short Barreled Rife (SBR),
that did not contain a legitimate manufacturing mark or serial number
(also known as a "ghost gun", which is a rifle having a barrel of less
than 16 inches, in violation of Title 26, United States Code, section
5861(d).

<u>FORFEITURE ALLEGATIONS</u>

The allegations contained in Counts 1-17 are realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872.

Upon conviction of one and more of the offenses alleged in Counts 1 through 13 of this Information, defendant TROY TATUM EBERHART shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1. Make: Harrington and Richardson, Model: Sidekick Revolver, Caliber: .22, Serial Number: U25287
    - o Stolen from burglary
    - o Recovered at EBERAHART's residence
2. Make: Privately Manufactured Firearm (PMF), Model: AK-47 style rifle, Caliber: 7.62, Serial Number: None.
3. Make: High-Point, Model: 4595, Caliber: .45 rifle, Serial Number: H30489
    - o Stolen from burglary
    - o Recovered at EBERAHART's residence
4. Make: Privately Manufactured Firearm (PMF), Model: AK-47 style rifle, Caliber: 7.62, Serial Number: None.
5. Make: Baikal, Model: IJ-70, Caliber: .380 pistol, Serial Number: J044747
    - o Stolen from burglary
    - o Recovered at EBERAHART's residence
6. Make: Unknown ,Model: Unknow, Caliber: 20 gauge double barrel shotgun , Serial Number: 60-03-4521
    - o Stolen from burglary
    - o Recovered at EBERAHART's residence

7. Make: Pietta, Model: Single action revolver, Caliber: .44, Serial Number: 566106
    o Stolen from burglary
    o Recovered at EBERAHART's residence
8. Make: Ruger, Model: 10/22, Caliber: .22 rifle, Serial Number: 113-93126
    o Stolen from burglary
    o Recovered at EBERAHART's residence
9. Make: Springfield, Model: bolt action, Caliber: .30 rifle, Serial Number: 276532
    o Stolen from burglary
    o Recovered at EBERAHART's residence
10.    Make: Remington, Model: 700, Caliber: .308 rifle, Serial Number: 141721
    o Stolen from burglary
    o Recovered at EBERAHART's residence
11.    Make: Savage, Model: Bolt action, Caliber: .22 rifle, Serial Number: 106094
    o Stolen from burglary
    o Recovered at EBERAHART's residence
12.    Make: Smith & Wesson, Model: Compass, Caliber: .270 bolt action rifle, Serial Number: THK8894
    o Stolen from burglary
    o Recovered at EBERAHART's residence
13.    Make: Remington, Model: Pump 22LR, Caliber: .22 rifle, Serial Number: 430856
    o Stolen from burglary
    o Recovered at EBERAHART's residence
14.    Make: Winchester, Model: 1892, Caliber: .32 Rifle, Serial Number: 669616
    o Stolen from burglary
    o Recovered at EBERAHART's residence
15.    Make: Springfield, Model: M1A , Caliber: .308 rifle, Serial Number: 141721
    o Stolen from burglary
    o Recovered at EBERAHART's residence
16.    Make: Marlin, Model: 1893, Caliber: .30-30 rifle, Serial Number: 197546
    o Stolen from burglary
    o Recovered at EBERAHART's residence
17.    Make: Springfield, Model: 1911, Caliber: .45 pistol, Serial Number: N175151
    o Stolen from burglary
    o Recovered at EBERAHART's residence
18.    Make: KBI-HBG, Model: Liberty, Caliber: 12-gauge shotgun, Serial Number: 02C1347

     o Stolen from burglary
     o Recovered at EBERAHART's residence

19. Make: Cimarron Arms, Model: Single action revolver, Caliber: .38 revolver, Serial Number: J34989
     o Stolen from burglary
     o Recovered at EBERAHART's residence

20. Make: Aldo Urberti, Model: Lever Action rifle, Caliber: .45 rifle, Serial Number: CAT4722
     o Stolen from burglary
     o Recovered at EBERAHART's residence

21. Make: Aldo Urberti, Model: Colt, Caliber: .45 pistol, Serial Number: J59422
     o Stolen from burglary
     o Recovered at EBERAHART's residence

22. Make: Ruger & Co, Model: Vaquero, Caliber: .44 pistol, Serial Number: 56-70645
     o Stolen from burglary
     o Recovered at EBERAHART's residence

23. Make: Marlin, Model: 45-70, Caliber: .45 rifle, Serial Number: 91806363
     o Stolen from burglary
     o Recovered at EBERAHART's residence

24. Make: Thompson Center Arms, Model: Unknown, Caliber: .30-30 pistol, Serial Number: SG1616
     o Stolen from burglary
     o Recovered at EBERAHART's residence

25. Make: Remington Arms Co., Model: 700, Caliber: .270 rifle, Serial Number: S6525707
     o Stolen from burglary
     o Recovered at EBERAHART's residence

26. Make: Stoeger Industries, Model: Coach Gun, Caliber: 20-gauge shotgun, Serial Number: 559986-06
     o Stolen from burglary
     o Recovered at EBERAHART's residence

27. Make: Ruger & Co., Model: Blackhawk revolver, Caliber: .45, Serial Number: 45-11201
     o Stolen from burglary
     o Recovered at EBERAHART's residence

28. Make: Remington, Model: Double Barrel Shotgun, Caliber: 12-gauge, Serial Number: 234681
     o Stolen from burglary
     o Recovered at EBERAHART's residence

29. Make: USA-Garand, Model: M1 Garand, Caliber: .30-30 , Serial Number: MB4541
     o Stolen from burglary
     o Recovered at EBERAHART's residence

30.     Make: PMF, Model: AR-15, Caliber: .223, Serial Number: None- PMF.
- o Black and tan. Short Barreled Rifle (SBR)
- o Recovered at EBERAHART's residence

31.     Make: PMF, Model: AR-15, Caliber: .223, Serial Number: None- PMF.
- o Black. Short Barreled Rifle
- o Recovered at EBERAHART's residence

32.     Make: Smith & Wesson, Model: M&P, Caliber: .22 rifle, Serial Number: Unknown.
- o Recovered at EBERAHART's residence

33.     Gray in color. Make: PMF, Model: Glock style, Caliber: .22 pistol, Serial Number: None- PMF
- o Silencer attached
- o Recovered from EBERAHART's vehicle

34.     Make: PMF, Model: Glock style, Caliber: 9mm pistol, Serial Number: None- PMF
- o Glock Switch attached
- o Recovered from EBERAHART's vehicle

35.     Make: Firearms Imports and Exports, Model: D38, Caliber: .38 pistol, Serial Number: 011452
- o Recovered from EBERAHART's vehicle

36.     Make: PMF, Model: AR-15, Caliber: .223, Serial Number: None- PMF.
- o SBR.
- o Recovered from EBERAHART's residence

37.     Gray in color. Make: PMF, Model: Glock style, Caliber: 9mm pistol, Serial Number: None- PMF
- o Recovered from EBERAHART's residence

38.     Make: PMF, Model: AR-10, Caliber: .308, Serial Number: None- PMF.
- o Stainless barrel
- o Recovered from EBERAHART's residence

39.     Black in color. Make: PMF, Model: AR-15, Caliber: .223, Serial Number: None- PMF.
- o Short barreled Rifle
- o Recovered from EBERAHART's residence

40.     Black slide with silver grip. Make: PMF, Model: 1911 pistol style, Caliber: .45, Serial Number: None- PMF.
- o Recovered from EBERAHART's residence

41.     Silver frame. Make: PMF, Model: AR-15, Caliber: .223, Serial Number: None- PMF.
- o Short Barreled Rifle.
- o Recovered from EBERAHART's residence

42.     Make: Ruger and Co, Model: 10/2, Caliber: .22, Serial Number: 0018-63685

o Recovered from EBERAHART's residence

43.     Make: Ruger and Co, Model: 10/2, Caliber: .22, Serial Number: 0017-59149

o Recovered from EBERAHART's residence

44.     Make: Privately Manufactured Firearm (PMF), Model: AK-47 style rifle, Caliber: 7.62, Serial Number: None.

o Recovered from EBERAHART's residence

45.     Make: Unknown, Model: Unknown, Caliber: Unknown, Serial number: Unknown. Silver revolver recovered from EBERAHRT's storage unit in Poway (14254 Powat Road #f218, Storage West, Poway, CA 92064.

46.     Estimated 1000 rounds of assorted ammunition recovered form EBERHART's residence.

47.     Miscellaneous firearms parts and pieces recovered from EBERHART's residence.

48.     Approximately 50 rounds of assorted ammunition recovered from EBERHART's vehicle.

49. Approximately 3000 rounds of assorted ammunition recovered from EBERHART's storage unit in Poway.

Upon conviction of one and more of the offenses alleged in Counts 14 through 17 of this Information, defendant TROY TATUM EBERHART shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms nvolved in the commission of the offenses, including but not limited to the following: four 5.56/.223 caliber Short Barreled Rifles (SBR), that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun").

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) made applicable hereto by Title 28, United States Code, section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

DATED: August 5, 2022

RANDY S. GROSSMAN
United States Attorney

By:

DAVID P. FINN
Assistant U.S. Attorney